STEPHEN K. LEWIS, ESQ.
Nevada Bar No. 7064
TRACEE DUTHIE, ESQ
Nevada Bar No. 8795
**VAN LAW FIRM**
1290 S. Jones Blvd.,
Las Vegas, NV 89146
(702) 529-1011 Telephone
(702) 800-4662 Facsimile
michaels@avanlawfirm.com
steve@vanlawfirm.com
tracee@vanlawfirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISSAC BALLARD JR., an individual, | CASE NO: 2:20-cv-00955-RFB-NJK |
| Plaintiff, | |
| v. | |
| RASIER, LLC d/b/a UBER, a Foreign Corporation; UBER TECHNOLOGIES, INC. d/b/a UBER, a Foreign Corporation; DOES I – XX, inclusive; and ROE CORPORATIONS I – XX, inclusive; | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS RASIER, LLC AND UBER TECHNOLOGIES, INC. WITH PREJUDICE AND TO AMEND THE PLAINTIFF'S COMPLAINT TO ADD ALLSTATE INSURANCE AS A DEFENDANT TO THIS LITIGAITON**

Plaintiff Issac Ballard, Jr. by and through his counsel of record Tracee Duthie, Esq., of Van Law Firm, and Defendants Rasier LLC (erroneously sued as "RASIER, LLC d/b/a UBER") and Uber Technologies, Inc., (erroneously sued as "UBER TECHNOLOGIES, INC. d/b/a UBER") (collectively referred to as "Defendants") by and through their counsel of record, Karen L. Bashor, Esq. and Virginia T. Tomova, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree that Defendants Rasier, LLC and Uber Technologies, Inc., shall be dismissed with prejudice as Defendants in this litigation.

As a result of the dismissal with prejudice, the Plaintiff seeks to file his First Amended Complaint naming Allstate Insurance as the proper Defendant in this litigation. A copy of

1608509v.1
1608509v.1

Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit A**. Plaintiff seeks to relate back the filing of the First Amended Complaint to the date when the Plaintiff's initial Complaint was filed on April 21, 2020 and that Defendant Allstate Insurance has thirty (30) days to respond to the First Amended Complaint from the date when this Stipulation and Order is filed.

This request is made in good faith and not for purposes of delay.

| DATED this 3rd day of June, 2020 | DATED this 3rd day of June, 2020 |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **VAN LAW FIRM** |
| /s/ *Virginia T. Tomova* | /s/ *Tracee Duthie* |
| Karen L. Bashor, Esq.<br>Nevada Bar No. 11913<br>Virginia T. Tomova, Esq.<br>Nevada Bar No. 12504<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>*Attorneys for Defendants RASIER, LLC and UBER TECHNOLOGIES, INC.* | Tracee Duthie, Esq.<br>Nevada Bar No. 8795<br>1290 S. Jones Blvd.<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* |

1

2                                    **ORDER**

3         IT IS SO ORDERED.

4         DATED this _____ day of _____, 2020.

5

6
                                              _____
7                                             U.S. DISTRICT COURT JUDGE

8   Prepared and Respectfully Submitted by:

9   **RESPECTFULLY SUBMITTED BY:**

10

11   _/s/ Tracee Duthie_ _____
     TRACEE DUTHIE, ESQ.
12   Nevada Bar No. 8795
     **VAN LAW FIRM**
13   1290 South Jones Blvd.
     Las Vegas, NV 89146
14   (702) 529-1011 Telephone
     (702) 800-4662 Facsimile
15   *Attorney for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

1608509v.1
1608509v.1

From: **Tomova,Virginia** <Virginia.Tomova@wilsonelser.com>
Date: Wed, Jun 3, 2020 at 4:12 PM
Subject: RE: Ballard v. Uber et al. (Our file no. 22422.00087) SAO 30 day extension to file a responsive pleading
To: Tracee Duthie <tracee@vanlawfirm.com>
Cc: Bashor, Karen L. <Karen.Bashor@wilsonelser.com>, Gourley, Annemarie <Annemarie.Gourley@wilsonelser.com>, Grijalva, Trisha E. <Trisha.Grijalva@wilsonelser.com>


Good to go. You have authority to e-sign on our behalf.

Virginia Tomova
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South Suite 200
Las Vegas, NV 89101
702.727.1236 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
virginia.tomova@wilsonelser.com