1  Karen L. Bashor, Esq.
   Nevada Bar No. 11913
2  Virginia T. Tomova, Esq.
   Nevada Bar No. 12504
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   6689 Las Vegas Blvd. South, Suite 200
4  Las Vegas, NV 89119
   (702) 727-1400; FAX (702) 727-1401
5  Karen.Bashor@wilsonelser.com
   Virginia.Tomova@wilsonelser.com
6  *Attorneys for Defendants RASIER, LLC and UBER TECHNOLOGIES, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISSAC BALLARD JR., an individual, | CASE NO: 2:20-cv-00955-RFB-NJK |
| Plaintiff, | |
| v. | |
| RASIER, LLC d/b/a UBER, a Foreign Corporation; UBER TECHNOLOGIES, INC. d/b/a UBER, a Foreign Corporation; DOES I – XX, inclusive; and ROE CORPORATIONS I – XX, inclusive; | |
| Defendants. | |

### ORDER EXTENDING TIME FOR DEFENDANTS RASIER LLC AND UBER TECHNOLOGIES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

Plaintiff Issac Ballard, Jr. by and through his counsel of record Tracee Duthie, Esq., of Van Law Firm, and Defendants Rasier LLC (erroneously sued as "RASIER, LLC d/b/a UBER") and Uber Technologies, Inc., (erroneously sued as "UBER TECHNOLOGIES, INC. d/b/a UBER") (collectively referred to as "Defendants") by and through their counsel of record, Karen L. Bashor, Esq. and Virginia T. Tomova, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree that Defendants Rasier LLC and Uber Technologies, Inc., shall file a responsive pleading to Plaintiff's complaint on file herein no later than July 5, 2020. The extension is requested to allow enough time for the Plaintiff pursuant to the agreement reached between the parties to voluntarily dismiss Defendants Rasier LLC and Uber Technologies, Inc. from this case and to substitute in the proper party to this litigation.

1608860v.1

This request is made in good faith and not for purposes of delay.

| DATED this 3rd day of June, 2020 | DATED this 3rd day of June, 2020 |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **VAN LAW FIRM** |
| /s/Karen L. Bashor | /s/Tracee Duthie |
| Karen L. Bashor, Esq.<br>Nevada Bar No. 11913<br>Virginia T. Tomova, Esq.<br>Nevada Bar No. 12504<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>*Attorneys for Defendants RASIER, LLC and UBER TECHNOLOGIES, INC.* | Tracee Duthie, Esq.<br>Nevada Bar No. 8795<br>1290 S. Jones Blvd.<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED this  4   day of   June       , 2020.

_____
U.S. MAGISTRATE JUDGE