Karen L. Bashor, Esq.
Nevada Bar No. 11913
Virginia T. Tomova, Esq.
Nevada Bar No. 12504
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727-1400; FAX (702) 727-1401
Karen.Bashor@wilsonelser.com
Virginia.Tomova@wilsonelser.com
*Attorneys for Defendants RASIER, LLC and UBER TECHNOLOGIES, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISSAC BALLARD JR., an individual, | CASE NO: 2:20-cv-00955-RFB-NJK |
| Plaintiff, | |
| v. | |
| RASIER, LLC d/b/a UBER, a Foreign Corporation; UBER TECHNOLOGIES, INC. d/b/a UBER, a Foreign Corporation; DOES I – XX, inclusive; and ROE CORPORATIONS I – XX, inclusive; | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS RASIER, LLC AND UBER TECHNOLOGIES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)**

Plaintiff Issac Ballard, Jr. by and through his counsel of record Tracee Duthie, Esq., of Van Law Firm, and Defendants Rasier, LLC (erroneously sued as "RASIER, LLC d/b/a UBER") and Uber Technologies, Inc., (erroneously sued as "UBER TECHNOLOGIES, INC. d/b/a UBER") (collectively referred to as "Defendants") by and through their counsel of record, Karen L. Bashor, Esq. and Virginia T. Tomova, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree that Defendants Rasier, LLC and Uber Technologies, Inc., shall file a responsive pleading to Plaintiff's complaint on file herein no later than August 5, 2020. On June 3, 2020, Plaintiff filed the stipulation and order for the dismissal of Defendants Rasier, LLC and Uber Technologies, Inc. with prejudice and to amend the Plaintiff's Complaint to add Allstate Insurance as the proper litigant and defendant in this case. **ECF No. 7.**  On that same day, the

1619840v.1

1  Defendants filed the stipulation and order (first request) extending time for Defendants Rasier,

2  LLC and Uber Technologies, Inc. to file a responsive pleading to the Plaintiff's Complaint. **ECF**

3  **No. 6**. This first request was granted by this Honorable Court on June 4, 2020. **ECF No. 8**.

4  Pursuant to that first request, a responsive pleading to the Plaintiff's Complaint is due on July 2,

5  2020.

6          The extension is requested to allow enough time for the Plaintiff pursuant to the agreement

7  reached between the parties to voluntarily dismiss Defendants Rasier, LLC and Uber

8  Technologies, Inc. from this case and to substitute in Allstate Insurance as the proper party to this

9  litigation.

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

This request is made in good faith and not for purposes of delay.

DATED this 1st day of July, 2020

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

__/s/Karen L. Bashor_____
Karen L. Bashor, Esq.
Nevada Bar No. 11913
Virginia T. Tomova, Esq.
Nevada Bar No. 12504
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants RASIER, LLC and
UBER TECHNOLOGIES, INC.*

DATED this 1st day of July, 2020

**VAN LAW FIRM**

__/s/Tracee Duthie_____
Tracee Duthie, Esq.
Nevada Bar No. 8795
1290 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

DATED this __2nd_ day of __July_____, 2020.

_____
U.S. MAGISTRATE JUDGE

1619840v.1