**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISSAC BALLARD JR., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RASIER, LLC d/b/a UBER, a Foreign Corporation; UBER TECHNOLOGIES, INC. d/b/a UBER, a Foreign Corporation; DOES I – XX, inclusive; and ROE CORPORATIONS I – XX, inclusive;<br><br>    Defendants. | CASE NO: 2:20-cv-00955-RFB-NJK |

**ORDER EXTENDING TIME FOR DEFENDANTS RASIER, LLC AND UBER TECHNOLOGIES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)**

Plaintiff Issac Ballard, Jr. by and through his counsel of record Tracee Duthie, Esq., of Van Law Firm, and Defendants Rasier, LLC (erroneously sued as "RASIER, LLC d/b/a UBER") and Uber Technologies, Inc., (erroneously sued as "UBER TECHNOLOGIES, INC. d/b/a UBER") (collectively referred to as "Defendants") by and through their counsel of record, Karen L. Bashor, Esq. and Virginia T. Tomova, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree that Defendants Rasier, LLC and Uber Technologies, Inc., shall file a responsive pleading to Plaintiff's complaint on file herein no later than September 5, 2020. On July 1, 2020, Defendants Uber Technologies, Inc. and Rasier, LLC filed the stipulation and order extending time for Defendants Uber Technologies, Inc. and Rasier, LLC to file a responsive pleading to Plaintiff's Complaint (second request) in this case. **ECF No. 9.**  This request was

granted by this Honorable Court on July 2, 2020. **ECF No. 10.** Pursuant to the second request, the responsive pleading to the Plaintiff's Complaint is due on August 5, 2020. However, the parties have stipulated that Uber Technologies Inc. and Rasier, LLC are not the proper defendants in this case, and that Allstate Insurance needs to be added as a proper defendant.

On June 3, 2020, Plaintiff filed the stipulation and order for the dismissal of Defendants Rasier, LLC and Uber Technologies, Inc. with prejudice and to amend the Plaintiff's Complaint to add Allstate Insurance as the proper litigant and defendant in this case. **ECF No. 7**. On that same day, the Defendants filed the stipulation and order (first request) extending time for Defendants Rasier, LLC and Uber Technologies, Inc. to file a responsive pleading to the Plaintiff's Complaint. **ECF No. 6**. This first request was granted by this Honorable Court on June 4, 2020. **ECF No. 8**. Pursuant to that first request, a responsive pleading to the Plaintiff's Complaint was due on July 2, 2020.

The extension is requested to allow enough time for the Plaintiff pursuant to the agreement reached between the parties to voluntarily dismiss Defendants Rasier, LLC and Uber Technologies, Inc. from this case and to substitute in Allstate Insurance as the proper party to this litigation. This extension is also requested as the parties are waiting for the ruling by the Honorable Court on the stipulation and order for the dismissal of Defendants Rasier, LLC and Uber Technologies, Inc. with prejudice and to amend the Plaintiff's Complaint to add Allstate Insurance as the proper litigant and defendant in this case, which was filed on June 3, 2020. **ECF No. 7.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This request is made in good faith and not for purposes of delay.

DATED this 3rd day of August, 2020

DATED this 3rd day of August, 2020

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**VAN LAW FIRM**

_/s/Virginia T. Tomova_
Karen L. Bashor, Esq.
Nevada Bar No. 11913
Virginia T. Tomova, Esq.
Nevada Bar No. 12504
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants RASIER, LLC and UBER TECHNOLOGIES, INC.*

_/s/Tracee Duthie_
Tracee Duthie, Esq.
Nevada Bar No. 8795
1290 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of August, 2020.

_____
U.S. MAGISTRATE JUDGE